## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**TIYARI RAHEEM HOGAN,**

     **Petitioner,**

**v.**                      **Case No. 3:22cv8958-LC/MAF**

**RICKY DIXON, Secretary,**
**Department of Corrections,**

     **Respondent.**

_____/

## REPORT AND RECOMMENDATION

In an order filed June 29, 2022, Petitioner Tiyari Raheem Hogan was directed to either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis (IFP) by July 29, 2022.   ECF No. 3.   He was also directed to submit an amended § 2254 petition on the proper form.   *Id*. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the order.   *Id*. at 4.   To date, Petitioner has not complied with the Court's order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.   Link v. Wabash R.R., 370 U.S. 626 (1962).   Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order.   Moon v. Newsome, 863 F.2d 835, 838 (11th

Cir. 1989).  Because Petitioner did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on August 30, 2022.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a**

**Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**